

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2020

No. 04-20-00330-CV

**IN RE J.O.H., A.F.B., H.R., J.J.R., AND A.L.D., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00260
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellee's brief was originally due on October 12, 2020, and appellee filed a motion requesting a twenty-day extension of time.

After consideration, we **GRANT** the motion and **ORDER** appellee to file its brief **by November 2, 2020**. **Appellee is advised that further extensions of time will be disfavored**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court